IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CAMARENA, | CASE NO. CV F 08-0990 LJO SMS |
| Plaintiffs, | **ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED** |
| vs. | |
| DANDEE TRANSPORTATION et al., | |
| Defendant. / | |

This Court conducted a preliminary scheduling conference on September 9, 2008 in Department 4 (LJO) and set dates for filing and hearing plaintiff's motion for class certification. In particular, this Court set a December 15, 2008 deadline to file and serve moving papers on class certification; and a hearing on January 29, 2009 at 8:15 a.m. in Department 4 (LJO). Plaintiff has failed to comply with this Court's order.

Accordingly, plaintiff shall show cause in writing no later than February 6, 2009 why this action should not be dismissed for failure to comply with this Court's Order. Local Rule 11-110.

IT IS SO ORDERED.

**Dated:   January 23, 2009**          **/s/ Lawrence J. O'Neill**
                                                       UNITED STATES DISTRICT JUDGE