1  Jeffrey P. Davis        #166484
   Mark D. Kruthers        #179750
2  **DOWLING, AARON & KEELER, INC.**
   8080 North Palm Avenue, Third Floor
3  P.O. Box 28902
   Fresno, California 93729-8902
4  Tel: (559) 432-4500 / Fax: (559) 432-4590
   Email: jdavis@daklaw.com
5         mkruthers@daklaw.com

6
   Attorneys for Defendant DANDEE TRANSPORTATION
7

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11

| FRANK LOPEZ and DAVID PALMER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DANDEE TRANSPORTATION and DOES 1 to 100,<br><br>Defendants. | Case No. 1:08-CV-00500-LJO-SMS (consolidated for all pre-trial discovery with Case No. 1:08-cv-0990 LJO-SMS)<br><br>STIPULATION TO ESTABLISH REVISED CLASS CERTIFICATION DISCOVERY AND CLASS CERTIFICATION MOTION BRIEFING DATES; ORDER THEREON. |
|---|---|
| JOSE CAMARENA, on his own and on behalf of a class of similarly situated persons pursuant to and on behalf of the General Public,<br><br>Plaintiffs,<br><br>vs.<br><br>DANDEE TRANSPORTATION, a California corporation,<br><br>Defendant. | |



STIPULATION AND ORDER REGARDING CLASS CERTIFICATION DISCOVERY AND MOTION DATES

**RECITALS**

WHEREAS, this court modified the original Preliminary Scheduling Order in this matter on December 18, 2008 and established new deadlines for the plaintiffs' pending class certification motion (Doc. 35).

WHEREAS, the parties have complied with that revised schedule and have completed most, but not all discovery related to class certification.

WHEREAS, the parties have concluded that it would be more fruitful at this time to explore settlement rather than to expend further resources on continued litigation, including the upcoming class certification motion.

WHEREAS, the parties have agreed to engage in private ADR with a mediator. and

WHEREAS, the Parties have met and conferred to propose new class certification discovery and class certification motion dates which will extend the current deadlines by approximately ninety (90) days.

**STIPULATION**

NOW, THEREFORE, the Parties jointly propose that the current schedule for class certification discovery and the briefing and hearing on Plaintiffs' class certification motion be revised as follows:

| | |
|---|---|
| Discovery cutoff for class certification motion - | May 18, 2009 |
| Last day to file/serve class certification motion - | June 8, 2009 |
| Last day to file/serve opposition to class certification motion - | June 22, 2009 |
| Last day to file/serve reply to opposition to class certification motion – | June 29, 2009 |

Last day for Court Hearing on class certification motion – On or about July 6, 2009, subject to the Court's availability.

The parties also request that the scheduled hearing for February 6, 2009 on plaintiffs' discovery motion be vacated.

///

///

PDF created with pdfFactory trial version www.pdffactory.com

1 | **SO STIPULATED**.

2 | Dated:    January 30, 2009                    DOWLING, AARON & KEELER, INC.

3

4 |                                               By:/s/Jeffrey P. Davis_____
5 |                                                  JEFFREY P. DAVIS
                                                     MARK D. KRUTHERS
6 |                                                  Attorneys for Defendant DANDEE
                                                     TRANSPORTATION
7

8 | Dated:  January 30, 2009                      LAW OFFICE OF JERRY BUDIN

9

10 |                                              By:/s/Jerry N. Budin_____
                                                    JERRY N. BUDIN
11 |                                                 Attorneys for Plaintiffs FRANK LOPEZ and
                                                    DAVID PALMER

12 | Dated:  January 30, 2009                     FAKHIMI AND ASSOCIATES

13

14

15 |                                              By:/s/Houman Fakhimi_____
                                                    HOUMAN FAKHIMI
16 |                                                 Attorneys for JOSE CAMARENA

17 | Dated:    January 30, 2009                   Law Offices of Gregg A. Farley

18

19

20 |                                              By:/s/Gregg A. Farley_____
                                                    GREGG A. FARLEY
                                                    Attorneys for JOSE CAMARENA

21

22 | / / /

23 | / / /

24 | / / /

25

26

27

28

3
STIPULATION AND ORDER REGARDING CLASS CERTIFICATION DISCOVERY AND MOTION DATES

PDF created with pdfFactory trial version www.pdffactory.com

# ORDER

Based on the foregoing Stipulation of counsel for the Parties, and

**GOOD CAUSE APPEARING**, the class certification discovery and class certification motion schedule is revised as follows:

| | |
|---|---|
| Discovery cutoff for class certification motion - | May 18, 2009 |
| Last day to file/serve class certification motion - | June 8, 2009 |
| Last day to file/serve opposition to class certification motion - | June 22, 2009 |
| Last day to file/serve reply to opposition to class certification motion - | June 29, 2009 |
| Last day for Court Hearing on class certification motion - | July 17, 2009 at 8:30 a.m. |

in Courtroom 4 before District Judge Lawrence J. O'Neill.

In addition, the February 6, 2009 hearing date on plaintiffs' discovery motion [37] is vacated.

**IT IS SO ORDERED**.

DATED:  February 2, 2009                 /s/ Sandra M. Snyder
                                         Sandra M. Snyder
                                         United States Magistrate Judge



---

4
STIPULATION AND ORDER REGARDING CLASS CERTIFICATION DISCOVERY AND MOTION DATES

PDF created with pdfFactory trial version www.pdffactory.com

1  F:\wdocs\maindocs\13323\001\00237458.DOC
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



PDF created with pdfFactory trial version www.pdffactory.com