# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CAMARENA,<br><br>        Plaintiffs,<br><br>  vs.<br><br>DANDEE TRANSPORTATION et al.,<br><br>        Defendant.<br>_____/ | CASE NO. CV F 08-0990 LJO SMS<br>(Consolidated for pretrial purposes with 08-500 LJO SMS)<br>**ORDER AFTER NOTICE OF SETTLEMENT** |

This Court has been informed that the plaintiffs reached a preliminary settlement in this matter with the defendants, at the same time as the settlement was reached in the consolidated case of *Lopez v. Dandee Transportation*, CV-F-08-500 LJO SMS. Plaintiffs shall file the motion for preliminary approval of the settlement no later than July 10, 2009.

IT IS SO ORDERED.

**Dated:   June 18, 2009**              /s/ Lawrence J. O'Neill
                                                          UNITED STATES DISTRICT JUDGE